## RAGAN v. COX, COMMANDANT.

No. 634, Misc.   Decided April 23, 1962.

Petitioner *pro se.*

*Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

PER CURIAM.

In accordance with the suggestion of the Solicitor General and upon consideration of the entire record, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The order of the Court of Appeals, insofar as it denies petitioner leave to proceed *in forma pauperis,* is vacated and the case is remanded to that court for further proceedings.   *Simcox* v. *Madigan,* 366 U. S. 765.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.